**Order entered July 20, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00564-CV

**REGENCY DEVELOPMENT & CONSTRUCTION SERVICES, LLC, Appellant**

**V.**

**RALPH CARRINGTON D/B/A
CARRINGTON AIR CONDITIONING AND HEATING, ET AL., Appellees**

**On Appeal from the 95th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-16-15186**

## ORDER

Before the Court is appellant's July 17, 2018 unopposed second motion for an extension

of time to file a brief.  We **GRANT** the motion and extend the time to **August 2, 2018**.


/s/    ADA BROWN
        JUSTICE